FILED
CLERK, U.S. DISTRICT COURT
APR - 4 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MANUEL MARTINEZ,

    Petitioner,

v.

J. SALAZAR, Warden,

    Respondent.

Case No. CV 07-7108-R (JTL)

**JUDGMENT**

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed without prejudice.

DATED: April 4, 2008

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE